IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Scott Cummings | : | |
| Vicki Cummings | | |
| Debtor(s) | : | BKY. NO. 10-13824SR |
| Scott and Vicki Cummings | : | ADV. NO. |
| 3154 Friendship Street | | |
| Philadelphia, PA 19149 | : | |
| v. | : | |
| American General Finance | : | |
| 6418 Sackett Street | | |
| Philadelphia, PA 19149 | : | |

**COMPLAINT TO DETERMINE SECURED STATUS (2000 FORD EXCURSION)**

1. The defendant is secured in debtor's 2000 Ford Excursion.

2. The secured proof of claim is $5,491.05.

3. The vehicle has over 100,000 miles and has a value of $3,000.

WHEREFORE, pursuant to 11 U.S.C. 506, debtor prays that this Honorable Court find the secured claim of American General Finance to be $3,000.

Date: June 7, 2010          _____s/_____
                             Michael A. Cataldo, Esquire
                             **Cibik & Cataldo, P.C.**
                             1500 Walnut Street, Ste. 900
                             Philadelphia, PA  19102